IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN A. SPEAR,

    Petitioner,

v.                                          Case No. 4:19cv336-MW/HTC

MARK INCH,

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED** for lack of original jurisdiction." The Clerk shall close the file.

**SO ORDERED on August 28, 2019.**

                                          s/Mark E. Walker         
                                          **Chief United States District Judge**